1  BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2  SIRIA L. GUTIERREZ
Nevada Bar No. 11981
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4  Las Vegas, Nevada 89101
5  (702) 938-1510

6
*Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 | ANNE SALIBA and LEE SALIBA,           | Case No.: 2:12-cv-00037-GMN-CWH
11 |
12 |                 Plaintiffs,           | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
   | v.
13 | WAL-MART STORES, INC.; and DOES 1
14 | through 10; and ROES 11-20, inclusive,
15 |                 Defendants.
16

17         IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their

18 respective counsel of record, that the above-captioned matter be dismissed with prejudice,

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

each party to bear that party's own costs and attorney's fees.

DATED this 25th day of November, 2012          DATED this 10th day of December, 2012.

**RICHARD HARRIS LAW FIRM**                    **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____                      _____
Alison M. Brasier, Esq.                        Siria L. Gutierrez, Esq.
801 South Fourth Street                        504 South Ninth Street
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89101
*Attorney for Plaintiffs*                      *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 12th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE