1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  SIRIA L. GUTIERREZ
   Nevada Bar No. 11981
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6
   *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ANNE SALIBA and LEE SALIBA,           Case No.: 2:12-cv-00037-GMN-CWH
11
                   Plaintiffs,            **STIPULATION AND ORDER FOR**
12 v.                                     **DISMISSAL WITH PREJUDICE**

13 WAL-MART STORES, INC.; and DOES 1
   through 10; and ROES 11-20, inclusive,
14
15                 Defendants.

16

17         IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their

18 respective counsel of record, that the above-captioned matter be dismissed with prejudice,

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

1  each party to bear that party's own costs and attorney's fees.

2  DATED this 25th day of November, 2012      DATED this 10th day of December, 2012.

**RICHARD HARRIS LAW FIRM**                **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____              _____
Alison M. Brasier, Esq.                    Siria L. Gutierrez, Esq.
801 South Fourth Street                    504 South Ninth Street
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89101
*Attorney for Plaintiffs*                  *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 12th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE